+IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT COLE, SR., #B26820** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 21-cv-67-SPM |
| ) | |
| **DR. AFUWAPE, et al** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DISMISSING CASE

**MCGLYNN, District Judge:**

This case was opened on January 19, 2021, without the payment of a filing fee or the filing of a Motion for Leave to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). That same day, Plaintiff was ordered to pay the filing fee of $402.00 or to file an IFP Motion within thirty (30) days. (Doc. 3). He was warned that failure to do so would result in dismissal of the action and was provided with a blank IFP Motion. *Id*. On February 25, 2021, Plaintiff was given an extension of time to comply with that Order on or before March 29, 2021. (Doc. 8). Both orders were returned to the Court as undeliverable. (Docs. 4 and 8). To date, Plaintiff has not filed for IFP or paid the $402.00 filing fee.

This action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the $402.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Accordingly, the agency having custody of Plaintiff is directed to remit the $402.00 filing fee from his prison trust fund account if such funds are available. If he does not have $402.00 in his account, the agency must send an initial payment of

20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $402.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $402.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Southwestern Illinois Correctional Center *upon entry of this Order*.

    **IT IS SO ORDERED.**

    **DATED: April 5, 2021**

                                                 **s/ STEPHEN P. MCGLYNN**
                                               **U.S. District Judge**